IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff, :

vs : Case No. 3:06-CR-174(20)

CHRISTOPHER JOHN DECKER :

    Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE

---

On May 21, 2009, the above named was sentenced to five (5) years Supervised Release following his term of imprisonment. Based upon the recommendation of the U.S. Probation Department, no objection from the Government, and for good cause shown, it is hereby ordered that the Defendant, Christopher John Decker, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated: March 5, 2012

Thomas M. Rose, Judge
United States District Court