IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,** :

vs : Case No. 3:06-CR-174(13)

**MARK KUSSMAN** :

    **Defendant.**

---

## ORDER TERMINATING SUPERVISED RELEASE

---

On May 26, 2009, the above named was sentenced to three (3) years Supervised Release following his term of imprisonment. Defendant on March 26, 2012, filed a Motion and Memorandum to Terminate and Discharge (doc. 621) requesting the termination of his remaining unserved term of Supervised Release. Based upon the position of the U.S. Probation Department, no objection from the Government, and for good cause shown, Defendant's motion (doc. 621) is **GRANTED**. It is hereby ordered that the Defendant, Mark Kussman, is discharged from Supervised Release and the proceedings in this case be terminated.

    **IT IS SO ORDERED.**

Dated: April 4, 2012

Thomas M. Rose, Judge
United States District Court