# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| vs | : | Case No. 3:06-CR-174(18) |
| SUSAN HALLER | : | |
| Defendant. | | |

## ORDER TERMINATING SUPERVISED RELEASE

On May 20, 2009, the above named was sentenced to five (5) years Supervised Release following her term of imprisonment. The Defendant on July 18, 2012, filed a Motion to Terminate Probation (doc. 624) requesting the termination of her remaining unserved term of Supervised Release.

Based upon the position of the U.S. Probation Department, no objection from the Government, and for good cause shown, Defendant's motion (doc. 624) is **GRANTED**. It is hereby ordered that the Defendant, Susan Haller, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated: July 25, 2012

Thomas M. Rose, Judge
United States District Court