**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**

|  |  |  |
|---|---|---|
| **Plaintiff,** | **:** | |
| **vs** | **:** | **Case No. 3:06-CR-174(16)** |
| **JEFFREY SARGENT** | **:** | |
| **Defendant.** | | |

---

**ORDER TERMINATING SUPERVISED RELEASE**

---

On June 25, 2009, the above named was sentenced to four (4) years Supervised Release following his term of imprisonment. The Defendant on December 13, 2012, filed a Motion to Terminate Probation (doc. 626) requesting the termination of his remaining unserved term of Supervised Release.

Based upon the position of the U.S. Probation Department, no objection from the Government, and for good cause shown, Defendant's motion (doc. 626) is **GRANTED**. It is hereby ordered that the Defendant, Jeffrey Sargent, is discharged from Supervised Release and the proceedings in this case be terminated.

**IT IS SO ORDERED.**

Dated:  December 28, 2012           **s/Thomas M. Rose**
                                     Thomas M. Rose, Judge
                                     United States District Court